No. 91–5044. JAMES v. KINDT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–5045. NAVARRO-DOMINGUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5046. MCCULLEY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5048. O'NEAL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–5049. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–5051. RESPITO v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 91–5053. PORTER v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5054. STEVENS ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5055. SNYDER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–5056. WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–5057. WILLARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–5058. SOLOMON v. LONG ISLAND HOSPITAL. C. A. 2d Cir. Certiorari denied.

No. 91–5059. ATHENS v. EVANSTON HOSPITAL ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 91–5060. CHAIDEZ v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–5061. WILLIAMS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.